JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RAYNER, YOLANDA

*Receipt 114215*

## DEFENDANTS
U.S. BORDER PATROL, U.S. INS. AND SHAWN DAVID HENDERSON

B-00-145

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **CAMERON**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
SEP 14 2000
Michael N. Milby
Clerk of Court

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
MAGALLANES, HINOJOSA, & TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
J.A. MAGALLANES

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

FEDERAL TORT CLAIM 28 U.S.C. 2671 et seq. DEFENDANT SHAWN DAVID HENDERSON AGENT FOR I.N.S. AND BORDER PATROL, IN OR ABOUT JANUARY 15, 2000 FAILED TO EXERCISE ORDINARY CARE AND NEGENTLY INJURED PLAINTIFF.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: SEPTEMBER 11, 2000

SIGNATURE OF ATTORNEY OF RECORD *[signature]*

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

SEP 14 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA RAYNER,<br>PLAINTIFF | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-00-145 |
| VS. | § | |
| UNITED STATES BORDER PATROL,<br>UNITED STATES IMMIGRATION<br>AND NATURALIZATION SERVICE,<br>AND SHAWN DAVID HENDERSON,<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

PLAINTIFF'S COMPLAINT

A.
INTRODUCTION

1. Plaintiff, YOLANDA RAYNER, brings this action for negligence against UNITED STATES BORDER PATROL, UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE,and SHAWN DAVID HENDERSON pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 et seq.

B.
JURISDICTION AND VENUE

2. This Court has original jurisdiction of Plaintiff's claim pursuant to 28 U.S.C. § 1 346(b)( 1) in that it is a civil action on claims against the United States for money damages caused by the negligent act of an employee of the Government while acting within the course and scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the State of Texas, where the act or omission occurred.

ClibPDF - www.fastio.com

3. Venue in the United States District Court for the Southern District of Texas is proper pursuant to 28 U.S.C. §1391(f), in that this Court is the judicial district (1) where, on information and belief, defendant SHAWN DAVID HENDERSON resides and (2) in which a substantial part of the events or omissions giving rise to the claim occurred.

## D.
## PARTIES

4. Plaintiff YOLANDA RAYNER is a resident of Cameron County, Texas.

5. Defendant United States Border Patrol is a division of the United States Immigration and Naturalization Service and a Federal Agency as that term is defined under 28 U.S.C.§2671.

6. Defendant United States Immigration and Naturalization Service is a Federal Agency as that term is defined under 28 U.S.C. §2671.

7. Defendant Shawn David Henderson is an agent of the United States Border Patrol and, at all time relevant herein, was stationed with the sector of the United States Border Patrol which is within the jurisdiction of this Court.

## E.
## PRESENTMENT OF CLAIM

8. Pursuant to 28 U.S.C. §2675, Plaintiff YOLANDA RAYNER presented her "CLAIM FOR DAMAGE, INJURY, OR DEATH"on or about May 5, 2000 to the United States Border Patrol, a division of the Immigration and Naturalization Service, and the employer of Shawn David Henderson.On or about June 12, 2000, Defendant agencies denied Plaintiff Yolanda Rayner's claim and notified Plaintiff's counsel that its "determination presents final administrative

consideration on this claim..." and Plaintiff "may file suit in the appropriate United States District Court not later than six months after the date of the mailing of this notice."

## F.

## CLAIM FOR RELIEF

9. On or about January 15, 2000, on U.S. Highway 281, approximately 2.4 miles west of FM Road 3248, in Cameron County, Texas, Plaintiff was operating her bicycle in a careful and prudent manner, when Plaintiff was violently and unexpectedly struck by a motor vehicle operated by Defendant Shawn David Henderson, causing severe injuries to Plaintiff.

10. Plaintiff would show that, at all times material hereto, Defendant Shawn David Henderson was acting within the course and scope of his office or employment with the United States Border Patrol and the United States Immigration and Naturalization Service.

11. Plaintiff would show that, at all time material hereto, Defendants United States Border Patrol and United States Immigration and Naturalization Service, by and through Defendant Shawn David Henderson acting within the course and scope of his employment, failed to exercise ordinary care in the following respects:

a) in failing to maintain a proper lookout;

b) in failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

c) in failing to apply the brakes to his vehicle in order to avoid the collision in question;

d) in driving his vehicle at a rate of speed which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

e) in failing to turn his vehicle in an effort to avoid the collision in question; and/or

f) in failing to sound his horn.

12.   Each of the foregoing acts or omissions, whether taken singularly or in any combination, were a proximate cause of Plaintiff's injuries.

13.   The law entitles Plaintiff YOLANDA RAYNER to recover for the following damages she has suffered as a result of the accident in question:

- a) The reasonable cost for necessary medical treatment and care Plaintiff has received in the past for the treatment of her injuries;

- b) The reasonable cost for necessary medical treatment and care which Plaintiff in reasonable probability will need in the future for the treatment of her injuries;

- c) The physical pain which Plaintiff has suffered in the past and up to the time of trial;

- d) The physical pain which Plaintiff in all reasonable probability will suffer in the future for the rest of her life as a result of her injuries;

- e) The mental anguish which Plaintiff has suffered in the past and up to the time of the trial in this case;

- f) The mental anguish which Plaintiff in all reasonable probability will suffer in the future for the rest of her life as a result of her injuries;

- g) The physical impairment and loss of physical capacity to perform the activities of life other than wage earning, which Plaintiff has suffered in the past and up to the

time of trial; and,

h) The physical impairment and loss of physical capacity to perform the activities of life other than wage earning, which Plaintiff in all reasonable probability will suffer in the future for the rest of her life.

14. Plaintiff is entitled to be compensated for these actual damages in an amount exceeding the minimum jurisdictional limits of the Court.

WHEREFORE, Plaintiff prays that Defendants be cited to appear and answer and that, upon final trial hereof, Plaintiff has judgment against Defendants for a sum in excess of the minimum jurisdictional limits of the Court and for such other and further relief, general or special, at law or in equity, to which the Plaintiff may show herself to be justly entitled to receive, including prejudgment and post-judgment interest and costs of Court.

Respectfully submitted,
MAGALLANES, HINOJOSA & TREVINO P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
*Tel.:*(956) 544-6571
Fax: (956) 544-4290

By:_____
J.A. Magallanes
State Bar No. 12809500
Federal I.D. No. 3306

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF TEXAS _____

YOLANDA RAYNER
    PLAINTIFF

V.

UNITED STATES BORDER PATROL
UNITED STATES IMMIGARATION AND
NATRUALIZATION SERVICES

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**B-00-145**

TO: (Name and address of defendant)

AGENT SHAWN DAVID HENDERSON
U.S. BORDER PATROL
1124 B.P. CENTRAL BLVD.
BROWNSVILLE, TEXAS 78520
(956) 548-2533

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA, &TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
TEL:(956)544-6571
FACS:(956)544-4290

an answer to the complaint which is herewith served upon you, within __SIXTY (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                    9-14-00

CLERK                                    DATE

*[signature]*

(BY) DEPUTY CLERK

# United States District Court

SOUTHERN _____ DISTRICT OF   TEXAS _____

YOLANDA RAYNER
    PLAINTIFF

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

UNITED STATES BORDER PATROL,
UNITED STATES IMMIGRATION AND
NATRUALIZATION SERVICES

B-00-145

TO: (Name and address of defendant)

MERVYN M. MOSBACKER,
UNITED STATES ATTORNEY
910 TRAVIS, SUITE 1500
P.O. BOX 61129
HOUSTON, TEXAS 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA, & TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
TEL: (956) 544-6571
FACS: (956) 544-4290

an answer to the complaint which is herewith served upon you, within  SIXTY (60)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

9-14-00
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF TEXAS _____

YOLANDA RAYNER

    PLAINTIFF

V.

UNITED STATES BORDER PATROL
UNITED STATES IMMIGARATION AND
NATRUALIZATION SERVICES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

B-00-145

TO: (Name and address of defendant)

UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
10TH & CONSTITUTIONAL AVENUE, N.W.
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA, & TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
TEL: (956)544-6571
FACS: (956)544-4290

an answer to the complaint which is herewith served upon you, within __SIXTY (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

9-14-00

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

YOLANDA RAYNER
    PLAINTIFF

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **B-00-145**

UNITED STATES BORDER PATROL
UNITED STATES IMMIGARATION AND
NATRUALIZATION SERVICES

TO: (Name and address of defendant)

UNITED STATES IMMIGRATION AND
NATRUALIZATION SERVICES
WILLIAM G. HARRINGTON, DISTRICT DIRECTOR
8101 NORTH STEMMONS FREEWAY
DALLAS, TEXAS 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA & TREVINO
1713 BOCA CHICA BLVD.
TEL:(544-6571)
FACS:(544-4290)

an answer to the complaint which is herewith served upon you, within **SIXTY (60)** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                                   9-14-00
CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF TEXAS

YOLANDA RAYNER
    PLAINTIFF

## SUMMONS IN A CIVIL CASE

V.

UNITED STATES BORDER PATROL
UNITED STATES IMMIGARATION AND
NATRUALIZATION SERVICES

CASE NUMBER:

**B-00-145**

TO: (Name and address of defendant)

UNITED STATES BORDER PATROL
McCALLEN SECTOR
2301 S. MAIN ST.
McCALLEN, TEXAS 78503
  [CHIEF PATROL AGENT JOSE E. GARZA]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA & TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
TEL:(956)544-6571
FACS: (956)544-4290

an answer to the complaint which is herewith served upon you, within **SIXTY (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk      9-14-00

CLERK      DATE

(BY) DEPUTY CLERK