AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-145  3

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-22-00 |
| NAME OF SERVER (PRINT) Abel Betancourt Jr | TITLE civil processer |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1124 Central Blvd Brownsville TX 78520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-22-00  1:50 PM
         Date

Signature of Server

Address of Server: Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313
956

[Notary stamp: EDUARDO GONZALEZ, MY COMMISSION EXPIRES AUGUST 31, 2002]

SUBSCRIBED AND SWORN TO ME ON THE 22 DAY OF ___, 19 2000

NOTARY PUBLIC

Shawn Henderson

United States District Court
Southern District of Texas
RECEIVED

SEP 25 2000

Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.