ORIGINAL
4

# United States District Court

SOUTHERN _____ DISTRICT OF __TEXAS__

YOLANDA RAYNER
    PLAINTIFF

V.

UNITED STATES BORDER PATROL,
UNITED STATES IMMIGRATION AND
NATRUALIZATION SERVICES

SUMMONS IN A CIVIL CASE

CASE NUMBER:

B-00-145

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

MERVYN M. MOSBACKER,
UNITED STATES ATTORNEY
910 TRAVIS, SUITE 1500
P.O. BOX 61129
HOUSTON, TEXAS 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA, & TREVINO
1713 BOCA CHICA BLVD.
BROWNSVILLE, TEXAS 78520
TEL: (956) 544-6571
FACS: (956) 544-4290

an answer to the complaint which is herewith served upon you, within __SIXTY (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk
CLERK

9-14-00
DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

**COPY**

CASE # B-00-145                          COURT
                                         Clt. Ref.#                    Clt.# 10578

YOLANDA RAYNER

VS

UNITED STATES BORDER PATROL, UNITED STATES IMIIGRATION AND
NATURALIZATION SERVICE, AND SHAWN DAVID HENDERSON

The documents came to our hand for service on 09/18/00  Time: 11:37:31

Documents received for service:

**FEDERAL SUMMONS/CIVIL COVER SHEET/ORDER SETTING CONFERENCE**

The documents were delivered on **09/19/00**  Time: **13:45:00**

Executed at: 910 Travis St., Suite 1500
             Houston, TX 77208

to the following: **Mosbacker, Mervyn M., United States Attorney
                   By Delivery To Joann Bohman, Civil Process Clerk**

✓ PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____                Gordon W Hanna
                                       Professional Civil Process Houston
Witness Fee Tendered: _____       4635 Southwest Freeway, Suite 750
                                       Houston, Texas 77027
STATE OF TEXAS}
                   VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of Sept. 2000.

A S CEDILLO
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-04-2003

NOTARY PUBLIC SIGNATURE

PCP Inv.# H0900 384