5

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA RAYNER | § | |
| | § | |
| VS. | § | Civil Action B-00-145 |
| | § | |
| UNITED STATES BORDER PATROL, | § | |
| ET AL | § | |

## LIST OF ENTITIES FINANCIALLY INTERESTED IN LITIGATION

COMES NOW PLAINTIFF YOLANDA RAYNER and states that the only persons or entities financially interested in the litigation in the above styled and numbered cause are the parties whose names are as follows:

1. Juan A. Magallanes
   Gilberto Hinojosa
   Eddie Trevino
   MAGALLANES, HINOJOSA & TREVINO, P.C.
   A Professional Corporation
   1713 Boca Chica Blvd.
   Brownsville, TX 78520
   (956) 544-6571
   Attorneys for Plaintiff

2. Yolanda Rayner
   Rt.8, Box 678-C
   Brownsville, Texas 78521
   Plaintiff

3. David Shawn Henderson
   address unknown
   Defendant

4. U.S. Border Patrol and
   U.S. Immigration and
   Naturalization Services, Et al
   1124-BP Central Blvd.
   Brownsville, Texas 78520
   Defendant

                              Respectfully,

                              MAGALLANES, HINOJOSA & TREVINO, P.C.
                              A Professional Corporation
                              1713 Boca Chica Blvd.
                              Brownsville, TX 78520
                              (956) 544-6571
                              By:_____
                                  Juan A. Magallanes
                                  State Bar No.12879500
                                  Federal ID No. 3306
                                  Attorneys For Plaintiff