AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

B-00-145

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9-19-2000 |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 10th & Constitutional Ave. N.W. Washington, D.C; 20530

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): By Certified Mail United States Postal Service 7099-3220-0001-2240-0029 delivered 9-19-2000

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/25/2000                    Eddie [signature]
             Date                          Signature of Server

Professional Civil Process
700 Paredes Ave., #208
Address of Server      Brownsville, Texas 78520
                       Tel. (210) 546-1313
                       $56 -

Michael N. Milby, Clerk of Court
SEP 27 2000
RECEIVED
United States District Court
Southern District of Texas

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ORIGINAL**

**SENDER:**
- Complete items...
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

☒ Addressee's Address
☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
United States Attorney General
U.S. Dept of Justice
10th & Constitutional Ave
Washington, D.C. 20530

4a. Article Number: 7099 3220 0001 2240 0029

4b. Service Type:
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery: SEP 19

5. Signature (Addressee)
6. Signature (Agent): Linnette Parker

PS Form 3811, November 1996    DOMESTIC RETURN RECEIPT

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3220 0001 2240 0029

Article Sent To: United States Attorney Gen.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.20 |

BROWNSVILLE, TX
SEP 5 2000
USPS 78522-9998

Name (Please Print Clearly) (To be completed by mailer): UNITED STATES ATTORNEY GENERAL, U.S. DEPT. OF JUSTICE
Street, Apt. No.; or PO Box No.: 10th & CONSTITUTIONAL AVE. N.W.
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, July 1999    See Reverse for Instructions

ORIGINAL