AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

CAB-00-145

DATE 9/26/2000

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT) ABEL BETANCOURT, JR

TITLE Process Server

Check one box below to indicate appropriate method of service

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Border Patrol, Agent In Charge Joe E. Garza by delivery to Perry Cronin, Dpty Chief Patrol Agent, 2310 S. Main St McAllen TX 78501

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/2000   11:40 AM
Date

Signature of Server

Address of Server
Professional Civil Process
700 Paredes Ave., #308
Brownsville, Texas 78520
Tel. (210) 546-1313

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO ME
ON THE ___ DAY OF ___ 19__ 2000

NOTARY PUBLIC

Perry Cronin

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.