# United States District Court

SOUTHERN DISTRICT OF TEXAS

YOLANDA RAYNER
    PLAINTIFF

V.

UNITED STATES BORDER PATROL
UNITED STATES IMMIGARATION AND
NATRUALIZATION SERVICES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-145

United States District Court
Southern District of Texas
FILED

OCT 11 2000

Michael N. Milby, Clerk of Court

TO: (Name and address of defendant)

UNITED STATES IMMIGRATION AND
NATRUALIZATION SERVICES
WILLIAM G. HARRINGTON, DISTRICT DIRECTOR
8101 NORTH STEMMONS FREEWAY
DALLAS, TEXAS 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.A. MAGALLANES
MAGALLANES, HINOJOSA & TREVINO
1713 BOCA CHICA BLVD.
TEL: (544-6571)
FACS: (544-4290)

an answer to the complaint which is herewith served upon you, within **SIXTY (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE  9-14-00

# OFFICERS RETURN OF SERVICE

CASE # B-00-145                                    COURT
                                                   Clt. Ref.#                    Clt. #   7172

YOLANDA RAYNER

VS

UNITED STATES BORDER PATROL, UNITED STATES IMIIGRATION AND
NATURALIZATION SERVICE, AND SHAWN DAVID HENDERSON

The documents came to our hand for service on 09/21/00   Time: 12:51:19

Documents received for service:

**FEDERAL SUMMONS/CIVIL COVER SHEET/ORDER SETTING CONFERENCE**

The documents were delivered on **09/28/00**   Time: **12:25:00**

Executed at: 8101 North Stemmons Freeway
             Dallas,, TX 75247

to the following: **United States Immigration And Naturalization Service**
                  **William G. Harrington, District Director-Not Available, Acce**
                  **Pted By Alicia Johnson, Attorney, Regional Office Permission**

✓    PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____                    Dwight Mullen
                                           Professional Civil Process Dallas, Inc.
Witness Fee Tendered: _____           714 Jackson St., Suite 930
                                           Dallas, Texas 75202
STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this ___ day of Oct _____ 2000.

PCP Inv.# D0900 325                        NOTARY PUBLIC SIGNATURE



PETER S. ARMSTRONG
MY COMMISSION EXPIRES
April 16, 2003