9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA RAYNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-00-145 |
| | * | |
| UNITED STATES BORDER PATROL, | * | |
| UNITED STATES IMMIGRATION & | * | |
| NATURALIZATION SERVICE, AND | * | |
| SHAWN DAVID HENDERSON, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF SHAWN DAVID HENDERSON (OPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, and respectfully requests this Court for an order substituting it as the defendant in the above-entitled and numbered cause in lieu of Shawn David Henderson with regard to all the common law tort allegations alleged to have been committed by Shawn David Henderson while he was acting within the course and scope of his employment with the United States Immigration & Naturalization Service/Border Patrol. (See Certification of Scope of Employment attached as Exhibit "A").

Any remedy available to plaintiff must be exclusively against the United States of America pursuant to 28 U.S.C. §2674 and 28 U.S.C. §2679(b).

Attached to this motion to substitute, as Government's Exhibit "A", is a certification by the United States Attorney for the Southern District of Texas, executed pursuant to the provisions of 28 U.S.C. §2679(d)(1), as amended by the Federal Employees Liability

Reform and Tort Compensation Act of 1988 (FTCA), *Public Law 100-694*, and of *28 C.F.R. §§15.3 and 50.15*, which certifies that named defendant Shawn David Henderson was, at all times relevant to this lawsuit, acting within the course and scope of his employment as an employee of the United States at the time of the alleged conduct made by subject matter of the above-captioned and numbered civil action.

The purpose of this Act is to provide federal employees with absolute immunity from personal liability for money damages for common law or state law torts or other violations of state law when the employees are acting within the scope of their employment. An action against the United States under the FTCA for such claims is "exclusive of any other civil action or proceeding for money damages by reasons of the same subject matter against the employee." *28 U.S.C. §2679(b)(1)*.

Title *28 U.S.C. §2679(d)* implements the exclusive remedy provision by authorizing the Attorney General to issue a scope of employment certification. Upon proper certification by the Attorney General or his designee that the federal employee was acting within the scope of his/her employment, the action shall be deemed to be an action against the United States under the FTCA and substitution of the United States is mandated. *28 U.S.C. §2679(d)*. The Attorney General has delegated the authority to make such certification to the United States Attorneys. *28 C.F.R. 15.3*. As previously indicated, attached hereto as Government's Exhibit "A" is the certification of the U. S. Attorney that Shawn David Henderson was acting within the scope of his employment with respect to the actions alleged by the plaintiff. The Government's certification is <u>*prima facie*</u> evidence that the challenged conduct of the employee is within the scope of employment. <u>Brown v. Armstrong</u>, *949 F.2d 1007 (8th Cir. 1991)*. Accordingly, the United States should

2

be substituted for Shawn David Henderson and he should be dismissed from this action as to all common law tort allegations set forth in plaintiff's complaint. *Mitchell v. Carlson,* *896 F.2d 128, 133-36 (5th Cir. 1990).*

>Respectfully submitted,
>
>MERVYN M. MOSBACKER, JR.
>UNITED STATES ATTORNEY
>
>_____
>NANCY L. MASSO
>Assistant United States Attorney
>600 East Harrison St., No. 201
>Brownsville, TX 78520
>Tel: (956) 548-2554
>Fax: (956) 548-2549
>State Bar No. 00800490
>Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On November **17th**, 2000, I contacted Plaintiff's attorney, Mr. J.A. Magallanes. As of the time of filing, Mr. Magallanes had not indicated whether he opposed this motion; therefore, it is assumed that he is opposed to the filing of this motion.

Signed November **17th**, 2000.

_____
NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Motion to Substitute the United States of America As Defendant In the Stead of Shawn David Henderson was mailed via certified mail, return receipt requested to the following:

Mr. J. A. Magallanes
MAGALLANES, HINOJOSA & TREVINO
1713 Boca Chica Blvd.,
Brownsville, TX 78520

Nov. 17, 2000
Date

_____
NANCY L. MASSO
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA RAYNER, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION No. B-00-145 |
| UNITED STATES BORDER PATROL, UNITED STATES IMMIGRATION & NATURALIZATION SERVICE, AND SHAWN DAVID HENDERSON, | * | |
| Defendants. | * | |

## CERTIFICATION

The undersigned Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, pursuant to the provisions of 29 U.S.C. §2679(d)(1), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, *Public Law 100-694*, and by virtue of the authority vested under 28 C.F.R. §§15.3 and 50.15 hereby certifies as follows:

Upon the basis of information now available with respect to the circumstances of the incidents upon which plaintiff's claims are based, I am of the opinion that Shawn David Henderson was acting within the scope of his employment as an employee of the United States Government at the time of the conduct alleged by plaintiff.

Dated this 15th day of November, 2000.

_____
MERVYN M. MOSBACKER
United States Attorney

