10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA RAYNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-00-145 |
| | * | |
| UNITED STATES BORDER PATROL, | * | |
| UNITED STATES IMMIGRATION & | * | |
| NATURALIZATION SERVICE, AND | * | |
| SHAWN DAVID HENDERSON, | * | |
| | * | |
| Defendants. | * | |

### DEFENDANTS' UNITED STATES BORDER PATROL AND IMMIGRATION & NATURALIZATION SERVICE'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2) &(6) AND SUPPORTING MEMORANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants United States Immigration & Naturalization Service and the United States Border Patrol (collectively referred to as INS), by and through the United States Attorney for the Southern District of Texas, moves to dismiss the allegations raised against it in the referenced proceeding. Plaintiff has filed this suit pursuant to the provisions of the Federal Tort Claims Act (FTCA). 28 U.S.C. 2671 *et seq.* As Defendants in this action, Plaintiff has named the INS, and Border Patrol Agent Shawn David Henderson.

Defendants submit that under the FTCA, the only proper Defendant is the United States of America. See 28 U.S.C. 2679(a). Therefore, the INS should be dismissed

pursuant to Rules 12(b)(2) and (6) of the Federal Rules of Civil Procedure.[1]  The INS submits the following to this Court in support of its motion:

1.  It has been consistently held that Federal agencies cannot be subject to suit in their own name, absent Congressional authorization.  The Fifth Circuit has stated and found that:

> [i]t is beyond dispute that the United States, and not the responsible agency or employee, is the proper party defendant in a Federal Tort Claims Act suit.  In a section entitled 'United States as defendant,' the FTCA vests the district courts with 'exclusive jurisdiction of civil actions on claims against the United States for money damages ... for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment.' 28 U.S.C. S 1346(b) (1982) (emphasis added).  The Act goes on to state that any other statute authorizing a federal agency to sue and be sued in its own name does not authorize an action against the agency which is cognizable under the tort claims provision.  Instead, a suit against the United States under the FTCA is the exclusive remedy for tort claims arising from the actions of government agencies or employees.  28 U.S.C. S 2679(a) (1982).
> In view of this explicit statutory language, the courts have consistently held that an agency or government employee cannot be sued *eo nomine* under the Federal Tort Claims Act. E.g., Hughes v. United States, 701 F.2d 56, 58 (7th Cir.), aff'g  534 F.Supp. 352, 354 (N.D.Ill.1982). Thus, an FTCA claim against a federal agency or employee as opposed to the United States itself must be dismissed for want of jurisdiction.  Gregory v. Mitchell, 634 F.2d 199, 204-205 (5th Cir.1981);  Carr v. Veterans Administration, 522 F.2d 1355, 1356 (5th Cir.1975).

Galvin v. OSHA, 860 F.2d 181, 183 (5th Cir. 1988).

2.  Therefore, when a Plaintiff files suit under the FTCA -- as in the case at bar -- the plaintiff's exclusive remedy is against the United States.

WHEREFORE, PREMISES CONSIDERED, the United States Immigration & Naturalization Service and  the United States Border Patrol should be dismissed from this suit because they are not  proper parties for suit under the FTCA, and Plaintiff has failed to state a claim upon which relief can be granted against the INS.

---

[1] Contemporaneously, with this motion, the United States filed a Motion to substitute itself as defendant in the stead of Defendant Shawn David Henderson on the basis that Mr. Henderson was acting within the course and scope of his employment at the time of the incident at issue.

Respectfully submitted,

MERVYN M. MOSBACKER, JR.
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify on November 17th, 2000, a copy of the Defendants United States Border Patrol and the United States Immigration & Naturalization Service's Motion to Dismiss Pursuant to FRCP 12(b)(2) & (6) and Supporting Memorandum was mailed to the following:

**VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED**:

Mr. J. A. Magallanes
MAGALLANES, HINOJOSA & TREVINO
1713 Boca Chica Blvd.,
Brownsville, TX 78520

NANCY L. MASSO
Assistant United States Attorney