11

United States District Court
Southern District of Texas
ENTERED

DEC 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA RAYNER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | B-00-145 |
| v. | § | CIVIL ACTION NO. B-00-141 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on December 13, 2000, the Court **GRANTED** Defendants' Motion to Substitute the United States of America as Defendant in the Stead of Shawn David Henderson [Dkt. No. 9] and Defendants' United States Border Patrol and Immigration and Naturalization Service's Motion to Dismiss Pursuant to FRCP 12(b)(2) & (6) and Supporting Memorandum [Dkt. No. 10].

DONE at Brownsville, Texas, this 14 day of December 2000.

_____
Hilda G. Tagle
United States District Judge