14

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Yolanda Rayner, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-145 |
| | § | |
| United States of America, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Parties indicated in their Joint Discovery/Case Management Plan [Dkt. No. 13] that they do not oppose proceeding before a United States Magistrate Judge. If the Parties submit a Consent to Proceed Before a Magistrate Judge in the format provided for in this Court's Chamber Rules by January 25, 2001 at 4:00 p.m., they will not have to appear for the initial pretrial conference set for January 29, 2001. Otherwise, the Parties must appear at the initial pretrial conference as scheduled.

DONE at Brownsville, Texas, this 22nd day of January 2001.

Hilda G. Tagle
United States District Judge

1