15

United States District Court
Southern District of Texas
FILED

JAN 29 2001

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner   ■ Fajardo |
| DATE | Jan. — 29 — 2001 |
| TIME | a.m. — 2:15 a.m. |
| | p.m. — 2:22 p.m. |
| CIVIL ACTION | B — 00 — 145 |
| STYLE | Rayner *versus* USA |

DOCKET ENTRY *IPTC*

(HGT) ■ Hearing; _____ day ☐ Bench or ☐ Jury Trial    (Rptr. Breck Record )

Juan Magallanes _____ for  ■ Ptf. #_____  ☐ Deft. #_____

Nancy Masso _____ for  ☐ Ptf. #_____  ■ Deft. #_____

_____ for  ☐ Ptf. #_____  ☐ Deft. #_____

_____ for  ☐ Ptf. #_____  ☐ Deft. #_____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:

☐  Miscellaneous review set: _____

☐  Rulings orally rendered on: _____

■  Comments:

The Court gave counsel until February 6, 2001 to file a signed consent form to proceed before a magistrate.