16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA RAYNER | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-00-145 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

| Signature | Party Represented | Date |
|---|---|---|
| J. A. Magallanes | YOLANDA RAYNER | 2/2/01 |
| Nancy L. Masso, AUSA | UNITED STATES OF AMERICA | 2/5/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

FELIX RECIO

to conduct all further proceedings, including final judgment.

2/7/01
DATE

HILDA TAGLE
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com