*17*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA RAYNER | * | |
| | * | |
| VS | * | C.A. NO. B00-145 |
| | * | (636(c)) |
| UNITED STATES OF AMERICA | * | |

## ORDER SETTING HEARING

An initial pretrial conference in above-captioned and numbered cause of action is hereby scheduled for **February 28, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 13th day of January 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison
Brownsville, Texas 78520