18

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
FEB 2 8 2001
Michael N. Milby
Clerk of Court

YOLANDA RAYNER                          §

    VS                                  §   CIVIL ACTION NO. B00-145
                                                                           (636(c))

UNITED STATES OF AMERICA                §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.                           ☑ Bench    ☐ Jury

2. New parties must be joined by:                                      __NONE__
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **May 30, 2001**

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.       **July 15, 2001**

5. Discovery must be completed by:                                     **September 15, 2001**
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

6. Motions will be filed by:                                           **October 15, 2001**

*********************************************************************************

7. Joint pretrial order is due:                                        **November 15, 2001**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                            **December 6, 2001**
    *The case will remain on standby until tried.*

9. Bench trial date will be set at the final pretrial conference.


Signed **February 28, 2001**, at Brownsville, Texas.


                                                          Felix Recio
                                                        United States Magistrate Judge