19

United States District Court
Southern District of Texas
FILED

MAR - 1 2001

Michael N. Milby
Clerk of Court

# CHAMBERS MINUTES

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Law Clerk:       Jessica R Dart

Date:            Feb 28, 2001, 2:30 pm

---

## C.A. NO. B00-145 (636(c))

---

| YOLANDA RAYNER | * | J. A. Magallanes |
| VS | * | |
| UNITED STATES OF AMERICA | * | Nancy L Masso |

---

## INITIAL PRETRIAL CONFERENCE

Attorneys Magallanes and Masso appeared.

The parties agreed to the docket dates. An order will be filed.