UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA RAYNER | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-145 |
| | * | (636(c)) |
| UNITED STATES OF AMERICA | * | |

## ORDER RESETTING BENCH TRIAL

The docket call and final pretrial conference, in the above-captioned cause of action, set for December 6, 2001, is hereby **cancelled**. The bench trial is hereby set for **December 10, 2001, at 9:00 a.m.**

DONE at Brownsville, Texas, this 24th day of October 2001.

Felix Recio
United States Magistrate Judge