IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 0 2 2001

| | | |
|---|---|---|
| YOLANDA RAYNER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B00-145 |
| | § | (636 (c)) |
| UNITED STATES OF AMERICA | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, YOLANDA RAYNER, Plaintiff, and file this her Notice of Appearance and would respectfully show the Court as follows:

**Carlos Escobar of Magallanes, Hinojosa & Mancias, 1713 Boca Chica Blvd., Brownsville, Texas** hereby enters his appearance as co-counsel for Plaintiff, YOLANDA RAYNER.

WHEREFORE, PREMISES CONSIDERED, **Carlos Escobar** respectfully requests that his name be entered as co-counsel for Plaintiff YOLANDA RAYNER.

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - telephone
(956) 544-4290 - fax

By: _____
J. A. Magallanes
State Bar No.:12809500
Fed Id No.: 2258
Carlos Escobar
State Bar No. : 24025351
Federal Id No.: 25649

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I, **Carlos Escobar**, hereby certify that on the  2nd  day of November, 2001, a true and correct copy of the foregoing document was served on the following counsel of record via facsimile and/or regular mail.

Via Fax (956) 548-2549

Nancy Masso
Assistant U.S. Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78520

*(signature)*
J. A. Magallanes
Carlos Escobar