Case 1:00-cv-00145   Document 22   Filed in TXSD on 11/15/2001   Page 1 of 1



# CHAMBERS MINUTES

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

NOV 1 5 2001

Date: Nov 15, 2001, 9:15 am

----------------------------------------------------------------------

## C.A. NO. B-00-145 (636(c))

----------------------------------------------------------------------

YOLANDA RAYNER               *     Juan A. Magallanes

    VS                       *

UNITED STATES OF AMERICA      *     Nancy L. Masso

----------------------------------------------------------------------

## TELEPHONIC CONFERENCE

Conference held with attorneys Magallanes and Masso.

Oral Motion for Extension of Time to File Joint Pretrial Order granted.
The joint pretrial order shall be filed by November 19, 2001.