# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Date:       Nov 15, 2001, 2:00 pm
------------------------------------------------------------
                    C. A. NO. B00-145 (636(c))
------------------------------------------------------------

YOLANDA RAYNER                        *     J. A. Magallanes

        VS                            *

UNITED STATES OF AMERICA              *     Nancy L Masso

------------------------------------------------------------

## CHAMBERS CONFERENCE

Attorneys Magallanes and Masso appeared.

Plaintiff's unopposed request for a continuance of the trial granted. The trial is reset from December 10, 2001, to December 19, 2001, 1:00 p.m.