

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
**FILED**

**NOV 2 0 2001**

**Michael N. Milby**
Clerk of Court

| | |
|---|---|
| **YOLANDA RAYNER** | |
| **v.** | **CIVIL ACTION NO. B-00-145** |
| **UNITED STATE OF AMERICA** | |
| **Judge Felix Recio** | **Exhibit List** |
| | **Case Manager: Irma Soto** |
| | **Court Reporter: _____** |
| **List of** | **Proceeding**        **Date** |

# Amended Exhibit List

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Plaintiff's Medical records and billing from the City of Brownsville EMS, 954 E. Madison Street, Brownsville, Texas 78522 | | |
| 2 | Plaintiff's Medical records and billing from Brownsville Medical Center, 1040 West Jefferson, Brownsville, Texas 78520. | | |
| 3 | Plaintiff's Medical billing from William McKinney, M.D., Brownsville Radiology, 820 W. Price Rd., Ste. A, Brownsville, Texas 78520. | | |
| 4 | Plaintiff's Medical billing from Anant k. Utturkar, M.D., 2390 Central Blvd., Ste. Y, Brownsville, Texas 78520. | | |
| 5 | Plaintiff's Medical records and billing from Tanner Emergency Physicians, P.O. Box 41651, Philadelphia, PA 19101-1651. | | |
| 6 | Plaintiff's Medical records and billing from Startex Medical Services, 4121 North 10TH Street, Brownsville, Texas 78520. | | |
| 7 | Plaintiff's Medical records and billing from William J. Elkins, M.D., 800 W. Jefferson #230, Brownsville, Texas 78520 | | |
| 8 | Plaintiff's Medical records and billing from Marcos Reis, M.D., 864 Central Blvd., Ste. 700, Brownsville, Texas 78520. | | |

| 9 | Plaintiff's Medical records and billing from Luis M. Garcia, M.D., 2390 Central Blvd., Ste. M, Brownsville, Texas 78520. | | |
|---|---|---|---|
| 10 | Plaintiff's Medical records and billing from Roberto Lozano, M.D., 844 Central Blvd., Ste. 330, Brownsville, Texas 78520. | | |
| 11 | Plaintiff's Medical records and billing from Bangalore Lakshmikanth, M.D., 315 Jose Marti Blvd., Brownsville, Texas 78521. | | |
| 12 | Plaintiff's Medical records and billing from Brownsville Physical Therapy, 1714 Boca Chica Blvd., Brownsville, Texas 78520 | | |
| 13 | Plaintiff's Medical records and billing from Jose Kuri, | | |
| 14 | Plaintiff's Medical records and billing from Rio Grande Valley Imagining, | | |
| 15 | Plaintiff's Medical records and billing from Richardo Adobbati, M.D., 1134 Los Ebanos Blvd., Brownsville, Texas 78520 | | |
| 16 | Plaintiff's Medical billing from Dr. Bruce Berberian | | |
| 17 | Plaintiff's Medical records and billing from Brownsville Open MRI, 908 Paredes Line Road, Brownsville, Texas 78521. | | |
| 18 | Plaintiff's medical/pharmacy records and/or billing from H.E.B. Pharmacy | | |
| 19 | Plaintiff's medical/pharmacy records and/or billing from Drug Emporium Pharmacy | | |
| 20 | Pictures of scene of accident taken by Ashley Taylor Border Patrol Agent. | | |
| 21 | Pictures of scene of accident. | | |
| 22 | Letter date May 3, 2000, from Yolanda Rayner to U.S. Border Patrol along with Claim from Damage, Injury, or Death and inventory list of property damage. | | |
| 23 | Letter dated June 5, 2000, from Yolanda Rayner to U.S. Border Patrol. | | |
| 24 | Letter dated June 12, 2000, from Karen Severn denying Yolanda Rayner's claim. | | |

| 25 | Plaintiff hereby incorporates by reference all deposition testimony and exhibits attached thereto, of the following persons deposed and/or anticipated to be deposed in the instant case:<br><br>Marilyn Kay Miles<br>5034 Boca Chica Blvd. #23<br>Brownsville, Texas 78520 | | |
| | Shawn David Henderson<br>U.S. Border Patrol Agent involved in accident | | |
| | Stephen L. Hill<br>Assistant Chief Patrol Agent | | |
| | Juan Buentello<br>Supervisory Border Patrol Agent | | |
| | James R. Sanderlin<br>Supervisory Border Patrol Agent | | |
| | John Gunnoe<br>Supervisory Boarder Patrol Agent | | |
| | Ashley Taylor<br>Border Patrol Agent | | |
| | Juan Lopez<br>Assistant Patrol Agent in Charge | | |
| | Jose E. Garza<br>Chief Patrol Agent | | |
| 26 | Accident Report | | |
| 27 | Plaintiff hereby incorporates by reference all of Defendant's discovery responses. | | |