2

United States District Court
Southern District of Texas
FILED

DEC 0 6 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA RAYNER, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-00-145 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant herein, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, notifies the Court that the Parties herein have reached agreed to terms of settlement. Presently, Settlement documents are being circulated between the parties for signature. Actual disbursement of settlement funds is expected to take 10 to 12 weeks after submission of a fully executed Stipulation for Compromise Settlement to appropriate authorities.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant U. S. Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2001, a copy of the enclosed Notice of Settlement was mailed to:

J. A. MAGALLANES
MAGALLANES, HINOJOSA & MANCIAS, P.C.
1713 Boca Chica Blvd
Brownsville, Texas 78520

NANCY L. MASSO
Assistant United States Attorney