28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**DEC 1 7 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA RAYNER | * | |
| VS | * | C.A. No. B-00-145 |
| | | (636(c)) |
| UNITED STATES OF AMERICA | * | |

## O R D E R

Since a Notice of Settlement was filed on December 6, 2001, in above-captioned cause of action, the bench trial set for December 19, 2001, is hereby **cancelled**.

A status conference is hereby set for March 21, 2002, at 2:00 p.m.  The conference will be cancelled if an agreed order of dismissal is filed before said date.

DONE at Brownsville, Texas, on 14th  day of December 2001.

Felix Recio
United States Magistrate Judge