# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

29

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA RAYNER | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-00-145 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, the Defendant herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Yolanda Rayner, Plaintiff, by and through her counsel, Juan Magallanes, move the Court to dismiss with prejudice the above-entitled and numbered cause for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto. Furthermore, all necessary settlement documents have been executed and filed and settlement disbursements have been issued.

WHEREFORE, PREMISES CONSIDERED, the United States of America, the Defendant herein, and Yolanda Rayner, the Plaintiff herein, request that the Court enter its order dismissing said cause with prejudice to the rights of Plaintiff to refile same or any part thereof, and that all costs of court be taxed against the party who incurred same.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

YOLANDA RAYNER, Plaintiff

JUAN A. MAGALLANES
Attorney at Law
1713 Boca Chica Blv.d
Brownsville, Texas 78520
(956) 544-6571/FAX (956) 544-4290
State Bar No. 12809500
Federal I.D. No. 2258

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Agreed Motion to Dismiss mailed to Juan A. Magallanes, Attorney at Law, 1713 Boca Chica Blvd., Brownsville, TX 78520 on this the 28 day of FEBRUARY, 2002.

NANCY L. MASSO
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| YOLANDA RAYNER | * |
| | * |
| vs. | *   CIVIL ACTION No. B-00-145 |
| | * |
| UNITED STATES OF AMERICA | * |

## ORDER OF DISMISSAL

On this day came on to be heard the agreed motion to dismiss the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this ___ day of _____, 2002, in Brownsville, Texas.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE